U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - ALEXANDRIA

JUL 15 2008

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| FUAD BAZIANY | : | DOCKET NO. 07-1304 |
| VS. | : | JUDGE TRIMBLE |
| DIRECTOR, IMMIGRATION AND CUSTOMS ENFORCEMENT, ET AL | : | MAGISTRATE JUDGE HILL |

### ORDER

On March 10, 2008 after an evidentiary hearing, Magistrate Hill through a Report and Recommendation, recommended denial of Petitioner's *habeas corpus* petition. On July 4, 2008, Petitioner was removed from the United States of America to his native country of Iraq by the United States Immigration and Customs Enforcement.[1] Accordingly, it is

**ORDERED** that Petitioner's writ of *habeas corpus* is hereby **DENIED** as moot.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 15th day of July, 2008.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE

---

[1] See Exhibit A, Declaration of Scott Sutterfield, Assistant Field Office Director, New Orleans Field Office and attached Form I-205 – Warrant of Removal/Deportation attached to the Notice of Removal of Alien (doc. #31) filed by the United States.